

```
                                        FILED
                                        MAR 10 2014
                                    CLERK, U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF CALIFORNIA
                                    BY _____
                                             DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:05-CR-00050 LJO |
| Plaintiff, | ORDER OF RELEASE |
| vs. | |
| TIMOTHY J. MYERS, | |
| Defendant. | |

The above named defendant having been sentenced to Time Served on March 10, 2014.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: March 10, 2014    _____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1